UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TED J. GRIMES,<br><br>    Petitioner,<br><br>v.<br><br>ALICE PAYNE,<br><br>    Respondent. | CASE NO.   C05-462JLR<br><br>ORDER DISMISSING § 2254<br>PETITION WITHOUT PREJUDICE |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's federal habeas petition (Dkt. No. 4) is DISMISSED without prejudice.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 22nd day of July, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE